UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL BATES, et al.,

    Plaintiffs,

 v.

RITE AID CORPORATION,

    Defendant.

Case No. 16-cv-00561-WHA   (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

   This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

   The parties are advised they must meet and confer in person before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred in person prior to filing the letter. Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

   Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

   **IT IS SO ORDERED.**

Dated: April 5, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge