1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiffs
6  Neil Bates, Joseph Zanella, David Vlasic, Allen Davenport,
   Susan Allen, and Steve Dulaney
7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JULLIE Z. LAL (Cal. State Bar No. 279067)
   PAUL HASTINGS LLP
9  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
10 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
11 jeffwohl@paulhastings.com
   jullielal@paulhastings.com
12
   Attorneys for Defendant
13 Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL BATES, JOSEPH ZANELLA, DAVID VLASIC, ALLEN DAVENPORT, SUSAN ALLEN, and STEVE DULANEY,<br><br>Plaintiffs,<br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 5:16-cv-00561-WHA<br><br>**[PROPOSED]** ORDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFFS ALLEN DAVENPORT, STEVE DULANEY, AND DAVID VLASIC<br><br>Judge:  Honorable William H. Alsup<br>Dept.:  8<br><br>Complaint Filed:  May 21, 2015<br>Trial Date:  May 15, 2017 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiffs Allen Davenport, Steve Dulaney, and David Vlasic's claims only may be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: June 6, 2016.

William H. Alsup
United States District Judge