MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
JESSE C. FERRANTELLA (Cal. State Bar No. 279131)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
jesseferrantella@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL BATES, JOSEPH ZANELLA, DAVID VLASIC, ALLEN DAVENPORT, SUSAN ALLEN, and STEVE DULANEY,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:16-cv-00561-WHA (JCS)<br><br>[PROPOSED] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Honorable William Alsup<br>Dept.: 8<br><br>Complaint Filed: May 21, 2015<br>Trial Date: May 15, 2017 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and ~~herby~~ is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.
hereby

Dated:  November 28, 2016.        .    _____
                                           William Alsup
                                           United States District Judge